**Order entered April 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00940-CV**

**IN RE: THE GUARDIANSHIP OF SAMUEL ALLEN MASCORRO, JR.,**
**AN INCAPACITATED PERSON**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-20-01956-2**

**ORDER**

Before the Court is appellant's April 8, 2022 second motion for an extension

of time to file his brief on the merits. We **GRANT** the motion and extend the time

to **April 26, 2022**.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE